GUSTAVE A. DiBELLA, PLAINTIFF-PETITIONER, v. THE NATIONAL STATE BANK, ELIZABETH, N. J., DEFEND-ANT-RESPONDENT.

Mr. *Solomon Lubow* for the petitioner.

*Messrs. Mackenzie, Welt & Dreier* for the respondent.

February 16, 1966. Denied.

THE UNION BUILDING AND CONSTRUCTION CORP., PLAINTIFF-PETITIONER, v. CITY OF JERSEY CITY, DEFENDANT-RESPONDENT.

*Messrs. Millon, Keane & DeBona* for the petitioner.

*Mr. T. James Tumulty* and *Mr. Joseph G. Mintz* for the respondent.

February 16, 1966. Denied.

TOWNSHIP OF EAST WINDSOR, IN THE COUNTY OF MERCER, RESPONDENT-RESPONDENT, v. THE DIVISION OF TAX APPEALS, *ETC.*, *ET ALS.*, RESPONDENTS-RESPONDENTS AND BOROUGH OF HIGHTSTOWN, PETITIONER-PETITIONER.

See same case below: 89 *N. J. Super.* 282.

*Mr. Leo Rosenblum* for the petitioner.

*Mr. Timothy J. Kelty, Jr., Mr. William L. Boyan, Mr. Arthur J. Sills,* Attorney General, by *Mr. Elias Abelson,* for the respondents.

February 16, 1966. Denied.